

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Sonya Kay Hargett, Appellant

No. 06-15-00022-CR    v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 09-0447X). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court revoking Hargett's community supervision and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED AUGUST 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk